(No. 22937.—

THE PEOPLE *ex rel.* John S. Rusch, Defendant in Error, *vs.*
WILLIAM FORD, Plaintiff in Error.

*Opinion filed April 17, 1936—Rehearing denied June 3, 1936.*

HERRICK, J., dissenting.
WILSON, J., took no part.

CHARLES A. BELLOWS, for plaintiff in error.

OTTO KERNER, Attorney General, (J. J. NEIGER, and
JOHN F. CASHEN, JR., of counsel,) for defendant in error.

Mr. JUSTICE FARTHING delivered the opinion of the
court:

The plaintiff in error, William Ford, who was a judge
of an election held in Chicago on November 8, 1932, was
found guilty of contempt of court by the county court of
Cook county. The proceedings were had pursuant to the
statute (46 S. H. A. art. 2, sec. 13,) which provides for
the summary punishment of misbehavior by judges and
clerks of election. The judgment against the plaintiff in
error was affirmed by the Appellate Court for the First
District, and the cause is here on writ of error.

Our decision in *People* v. *Kotwas*, (*ante,* p. 336,) con-
trols the question presented, and for the reason there stated
the writ of error will be dismissed.        *Writ dismissed.*

Mr. JUSTICE HERRICK, dissenting.

Mr. JUSTICE WILSON took no part in this decision.